UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2: 07 MJ 130 |
| ) | |
| THOMAS REED ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of Indiana hereby dismisses Complaint pending in the above-captioned cause against the defendant Thomas Reed.

Leave of Court is **GRANTED** for the filing for the foregoing dismissal.

Dated this 23rd day of January 2009.

/s/ Andrew P. Rodovich
United States Magistrate Judge